Name: Pamela T. Johnson
Address: 131 Springview Lane Huntsville, AL 35806
Telephone Phone: (256) 224-2745
Email: pamonkwaj@hotmail.com

**FILED**
MAR 23 2017
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Johnson, Pamela T.,

Plaintiff(s),

v.

Sheriff Gore, William David,

Defendant(s).

Case No.: 17CV 588 WQH MDD
(assigned at time of filing)

**COMPLAINT**

I. **RELATED CASES**

a. Do you have other Civil Case(s) in this or any other federal court?
☑ Yes ☐ No

b. If yes, please list the case numbers here:
CV-17-HGD-0388-NE

II. **STATEMENT OF CLAIM** *(Briefly state the facts of your case. Describe how each defendant is involved, and tell what each defendant did to you that caused you to file this suit against them. Include names of any other persons involved, dates, and places.)* See pages 1-5

1

Plaintiff: Johnson, Tammie
v.
Defendants: Sheriff, William Gore et.al.

Complaint for a Civil Case
Statement of Claim Page 1 of 5

1) Under U.S.C. Article 1 Section 10 "no state shall enter into any treaty, alliance, or confederation; grant letters of marque and reprisal; " "without consent of Congress enter into any agreement or compact with another state or engage in war". While living at 3829 Alta Loma Drive in Bonita, CA 91902 (619) 479-7526 from July 21, 2007 - Jan 9, 2013 the defendant, Bill Gore, engaged in guerilla warfare against me and my family. He also used others in law enforcement to do this also. When I fled my childhood home to another state, Bill Gore, notified the Madison County Alabama Sheriff, Blake Dorning, et.al. to continue his FBI Project Paperclip Cointelpro tactics on me designed ultimately to make an individual commit suicide. Gore had me questioned at San Diego FBI headqtrs in either late 2002 or early 2003 (probably late 2002) about an alleged email complaint from Joe Johnston the Ronald Reagan Ballistic Missile Test Range airport manager on Kwajalein in the Marshall Islands. Joe admitted to me he didn't know who sent it to a prospective employer that resulted in him not getting the change in contract position. A few months later he left Kwajalein. Kristen Robinson was the FBI agent who interviewed me. I never heard anything again from the FBI nor did I remain in contact with Joe Johnston. I never heard anything more about it and do not know if it was ever resolved. If it was not and Sheriff Gore thinks I was guilty without proof it would explain — not condone or sanction — what he did and had others do to me while living in Bonita. I was hunted for sport and chemically attacked non-stop 24/7 with odorless, colorless agents seemingly designed to my own personal DNA as these chemicals weren't affecting my husband. I was tracked everywhere I went and he had his deputies install cameras inside our home and bedroom. Anything and everything done in my home and car was being watched including having sex with my husband. Bill Gore et.al. used and misused his/their knowledge and power to invade my privacy and assault me repeatedly through chemical biological warfare to deny me my US Constitutional rights as a citizen to inflict so much emotional distress on me intentionally that I would eventually commit suicide. It was during this time that I wrote and wrote and wrote our local leaders initially and then department heads with the Obama administration complaining of the abuse. I didn't know until recently that the first person in Washington DC I wrote to and complained (including a bizarre, unexplained church expulsion from Sweetwater in my complaint

Community Church (formerly Bonita Wesleyan Church of the Valley) with subsequent stalking claims that were lies and unsupported that a judge on 3rd and H in Chula Vista granted a 3 yr restraining order to Robert Marc LaPointe with absolutely no proof of wrongdoing around 6/16/08 was Alan Bersin, the head of Customs and Border, who happens to be a good friend and financial supporter of Bill Gore's. No wonder I didn't get any justice or return communication! I wrote the Obama Administration for over a year including communications to Robert Mueller, Eric Holder, and eventually Barack Obama. I never heard back from anyone. Meanwhile, the chemical attacking got worse and worse, the surveillance included the COX cable communications and SDG&E and our neighbors were also used to harass and spy on us. The guerilla warfare they waged on me was cruel and unusual to say the least. This is a violation of U.S.C. Amendment VIII. They also aim a high frequency device at me. The chemicals sometimes caused immediate and explosive diarrhea which they made happen publically in National City at L&L's Hawaiian BBQ and all types of pain and other things to happen. When stepping out of the windstream my symptoms would subside. U.S.C. Amendment V guarantees I will not be deprived of life, liberty, or property without due process of law. U.S.C. Article VI says not only judges, but judicial officers of all US states shall be bound by oath or affirmation to support our U.S. Constitution and Sheriff Gore et al did everything to me except uphold the U.S. Constitution regarding me and my rights. And then, when my husband Bruce Walter Johnson (we are divorced now) had me falsely arrested because he thought I would automatically be given a psychological evaluation in jail (he thought I was crazy because I couldn't prove what was happening to me and didn't know exactly how or where this was all coming from until recently), Sheriff Gore had me chemically attacked in jail so bad the back of my thighs were black and blue even though I didn't sit down barely at all on the toilet and I felt delirious for most of the 5 days I spent there before my husband dropped all the charges. He later admitted to me he had me falsely arrested to make them give me a psyche evaluation — something I can prove. Because Sheriff Gore et al. had our home, computer, phones, car, everywhere and everything

bugged including cameras everywhere in the house and cars. Sheriff Gore et al. knew my husband was having me falsely arrested, but had his deputies arrest me anyway so he could attack me while in jail at Las Colinas from June 4 - June 9, 2011. My Mom spent her 90th birthday (June 5, 2011) moving out of our Bonita home since Jan 1967 while I was in jail which added even more intentional emotional distress to me. U.S.C. Amendment IV gives me the right to be secure in my person, house, papers, and effects against unreasonable searches and seizures. They accessed all these places at will against my consent and/or knowledge until after the fact. Sheriff Gore et al. put the public in danger too by having me chemically assaulted while driving. U.S.C. Amendment XIV guarantees U.S. citizens that no state shall make or enforce any law which shall abridge the privileges or immunities or deprive them of life, liberty, or the due process of law nor deny equal protection under the law. I claim I have not only been denied equal protection by the very people sworn to provide that protection, but I claim they have misused and abused their power, authority, knowledge, and networking to literally hunt me for sport. This happened for years until I fled my childhood home in Bonita and my precious and only child, Ariana, to try and get away from it, But Sheriff Gore et al. called ahead and let them know where I would be living. He also denied Ariana the right to a 100% scholarship by making her receive the most difficult SAT at Rancho Bernardo High School everytime she took the test even though Ariana is a 4.0 student from the beginning of 4th grade. The last time she took the test she missed her scholarship by one point after I watched the movie "Gravity". Sheriff Gore et al. has shown depraved indifference toward my life, my U.S. Constitutional rights, targeting my marriage to break up and my family as well and attempting to murder me through repeated, non-stop, extreme bullying indoctrinating others to do the same so I will despair and commit suicide. Yes, this is attempted murder. And this is what I want him them charged and tried for. He must still have friends at the FBI lab who is designing those chemicals to my DNA. Assault and battery and trying to shame me after having sex with my husband and using a neighbor police officer, David Bryant, to yell out cat calls and hollers directed at me right afterward. Despicable behavior, indecent, lewd, lascivious, murderous. Causing me to contract skin cancer

because they were accessing our roof from the neighbors place and putting something down the chimney that caused sparking while we had a fire going. An ember lodged in my forehead for which I had surgery to remove the cancer a couple of years ago. They also strategically positioned a heavy roast in the freezer door knowing I would be the one to open the freezer as I was the stay at home wife, mother, and daughter again to my Mom. It fell on my toe for which I had to have corrective surgery to fix it. I knew I was under extreme attack in San Diego so I felt like I had to wait to get this done when I finally was able to move away from the area after my husband and I divorced. Intentional damage of items they knew held personal emotional attachment for me. I have the right to seclusion from public scrutiny. Sheriff Gore also had articles put in the newspaper to scare my Mom into thinking I would hurt her and also got an ex VONS cashier, Saundra Swanson, to become a piano student of my Mom's, although all she ever did was talk about her "mental" daughter no one has met even though Mom used to visit Saundra and supposedly this mental daughter lived next door. By the time I was falsely arrested my Mom thought I was mental and wrote me out of her trust many things I was always (for decades) to receive - several important properties in Florida, the Bonita home was to be exclusively mine but didn't end up that way - thousands and thousands lost to me because a rogue ex FBI agent thinks he doesn't have to follow the law and protect U.S. citizens Constitutional rights. He may even have had a locating chip sewn into my shoulder when Dr. Mark T. Selecky of Chula Vista repaired my rotator cuff. There was a scrawny evil eyed little plain clothes police officer monitoring me as I went into Dr. Selecky's operating room. You should subpoena Dr. Selecky for his testimony about the cops being all over me, not knowing at the time Sheriff Gore was deeply involved in all of this. I wrote him queeing my statement to Deputy Scott Roller and clarified with him my final sentences on complaint were sarcastic and not to be taken literally that mentioned surveilling me to prove my innocence. Deputy Roller took off with my statement running down driveway and wouldn't

3/23/17

return my statement to me and used to be an event when I went to the Imperial Beach substation and spoke with him about it. I know Deputy Roller was indeed nearly in what happened in Bonita including indoctrinating our neighbors - Spritzmay Ciccerghi Melzer Robinson and Jimenez at 3819 Alta Loma Dr. that was eminent domained and unjured GHS and used to chemically assault me.

plaintiff: Johnson, Tamela T.        Complaint for a Civil Case
defendants: Sheriff Gore, William David et.al.   Statement of Claim
Case 3:17-cv-00588-WQH-MDD   Document 1   Filed 03/23/17   PageID.6   Page 6 of 15
3/20/17 tj
Page 5 of 5

I eventually wrote President George Bush (43) and complained that maybe somehow the USA Patriot Act was being misused against me. I believe he got involved somehow. I also believe that he contacted (and I also earlier had contacted) the Billy Graham family and that Franklin Graham, BGEA and Samaritan's Purse President, also got involved. I believe Pastor Ray Bentley of Maranatha Chapel in Rancho Bernardo and Pastor David Jeremiah of Shadow Mountain Baptist Church are also aware of what was happening. These people are my witnesses and can vouch that my statement is true. All that happened to me and my family is more than unconscionable. It is evil. It's a miracle that I am still alive given the attempts on my life in San Diego, the repeated chemical, psychological, emotional, physical abuse they heaped on me non-stop. And then when I tried to flee the area and moved to Alabama, the defendants made sure it continued in the same way. I believe Barack Obama got involved and notified agencies under his direction to do all that Sheriff Gore, et al. were doing and that includes the FBI of which Bill Gore retired after 33 years. I have been so traumatized by all of this I know the only entity that has kept me, sustained me, protected me, provided for me is my Heavenly Father in whom I have placed all my hope. I believe Him for all His promises. In the Bible, Luke 18:1-8 tells of the Parable of the Persistent Widow. I am requesting you grant me the justice and relief I seek in full measure as well as the punitive damages and the prosecution of all defendants for the atrocities committed against me including and especially attempted murder.

plaintiff: Johnson, Pamela L.
defendant: Sheriff Gore, William David, et.al.
Case 3:17-cv-00588-WQH-MDD  Document 1  Filed 03/23/17  PageID.7  Page 7 of 15
Page 1 of 2
p 15

**III. RELIEF YOU REQUEST** (State exactly what you want the court to do for you. Do not use this space to state the facts of your claim.)

I demand the defendants immediately and forever stop:
1) Chemically attacking Ariana and me
2) Stalking Ariana and me
3) Surveilling Ariana and me
4) Using others against Ariana and me to do what you have done to us
5) Slandering and libeling Ariana and me
6) Tracking Ariana and me in any way, shape, or form
7) Contacting others in regard to anything about Ariana and/or me whether or not they are in policing of any kind on any level local, state, or federal
8) Breaking and entering our homes, cars, computers, phones, hotel rooms, etc.
9) Contact of any and all kind with anyone and/or everyone at Ariana and my workplaces, schools, homes, cars, vacation places, hotels, etc.
10) Using other municipal businesses and their employees and/or private businesses and their employees from breaking and/or infringing on our U.S. Constitutional rights
11) Using anything that would disrupt and/or deny Ariana and/or my U.S. Constitutional rights including aiming high pitched frequency devices at either one of us
12) Using the following individuals and/or groups to harass us in any way: our neighbors, co-workers, co-employees, roommates, family members, anyone and/or everyone especially those in law enforcement
13) All harassment of any and all kinds including intimidation anywhere and/or everywhere, including fraudulent phone calls, "voice-overs", impersonations, fraudulent communications, intercepting communications including our credit card and/or debit card information and using it fraudulently in any way, shape, form
14) Using the USA Patriot Act in any of its forms, renditions, or amendments against Ariana and/or me

I demand that immediately completely and forever the following be removed from Ariana and/or me and/or our effects whether or not owned, borrowed, or used by either/or Ariana and myself:
1) all tracking devices and/or methods
2) all cameras used on us and/or methods
3) all listening devices on us and/or methods
in any way, shape, or form they may be being used in any and/or all locations on either and/or both of us.

3

Case 3:17-cv-00588-WQH-MDD Document 1 Filed 03/23/17 PageID.8 Page 8 of 15

Plaintiff: Johnson, Pamela J.
v.
defendant: Sheriff Gore, William David, et.al.

3/20/17

Page 2 OF 2

**III.   RELIEF YOU REQUEST** (*State exactly what you want the court to do for you. Do not use this space to state the facts of your claim.*)

I demand the defendants issue immediate letters of apology to Ariana and me admitting to all they have done. I demand they restore to better than new whatever has been damaged because of them and that they return or replace what they took or had others take away from us. Fix the mold problem you made or had others make where I am living. I demand you and your cronies stay a minimum of 10 miles away from Ariana and/or me. I demand all defendants and those who helped them whether or not in law enforcement be charged with and tried for attempted murder. I demand they truly and completely reveal the source and distribution of the chemical agents used against Ariana and/or me and that all access to these agents is stopped immediately completely and forever. I demand all defendants be relieved of duty immediately now and forever and to be prevented from ever holding a position of public trust ever again. I demand any public pensions they have currently and would have had be immediately and retroactively completely and forever be denied to them and any family members. I demand any and all weapons, including power, immediately be taken away from all defendants and prevented from ever purchasing weapons even for hunting.

Extreme pain, suffering, inconvenience    $750 million
Extreme intentional emotional distress    $750 million
Punitive damages                          $1,500 million
                                          ─────────────
                                          $3,000 million

3

1  IV.  **DEMAND FOR JURY TRIAL** *(Would you like a trial by jury on all claims*
2     *pursuant to FRCP, Rule 38?)*
3         ☐ Yes    ☑ No
4
5  I declare under penalty of perjury that the foregoing is true and correct.
6  ___March 18, 2017___          ___Pamela T. Johnson___
7  Date                          Signature
8                                ___Pamela T. Johnson___
9                                Printed Name

4

## Core Values

*HONESTY*

*We are truthful in our words and in our actions.*

      *INTEGRITY*

      *As people of character and principle, we do what is right, even when no one is looking.*

*LOYALTY*

*We are loyal to our department and our profession and committed to protecting the quality of life in the communities we serve.*

      *TRUST*

      *We are confident in the integrity, the ability and the good character of our colleagues.*

**RESPECT**
We treat everyone with dignity, honoring the rights of all individuals.

**FAIRNESS**
We are just and impartial in all of our interactions. Our decisions are made without personal favoritism.

**DIVERSITY**
We embrace the strength in the diversity of our employees and our communities.

**Value Statement**
We provide the highest quality public safety services in an effort to make San Diego the safest urban county in the nation.





This picture taken a week, maybe 2 weeks, after release from Las Colinas Detention Center in Santee, CA after spending 5 days in sheriff Bill Gore's jail.

AL 35806

Clerk of the Court
United States District Court
Southern District of California
333 West Broadway, Suite 420
San Diego, CA 92101

7016 2710 0001 1004 7760



92101